UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

------------------------------------------
Re:   JAMES S COMNICK
      TAMMY L COMNICK                    BKY 09-33741-DDO
         Debtor(s)                          Chapter 13 case
------------------------------------------

TRUSTEE'S NOTICE OF FINAL CURE PAYMENT
CLAIM HOLDER:

Kyle L Carlson, Chapter 13 Trustee, for his Notice of Final Cure Payment, states as follows:

1.   The debtor has completed all payments under the plan and has paid in full the amount required to cure the default under the claim holder's claim, in accordance with the terms of the confirmed chapter 13 plan.

2.   This notice is being provided in compliance with FED. R. BANKR. P. 3002.1(f), to claimants whose claims are secured by a security interest in the debtor's principal residence and whose claims are provided for under 11 U.S.C. § 1322(b)(5).

3.   NOTICE OF OBLIGATION TO FILE AND SERVE A RESPONSE:

**THE CLAIMANT HAS AN OBLIGATION UNDER THIS RULE TO FILE AND SERVE A RESPONSE TO THIS NOTICE. THE NOTICE MUST BE FILED WITH THE BANKRUPTCY COURT AND SERVED ON THE DEBTOR, THE DEBTOR'S COUNSEL, AND THE TRUSTEE, NOT LATER THAN 21 DAYS AFTER SERVICE OF THIS NOTICE. FED. R. BANKR. P. 3002.1(g) SETS FORTH THE SPECIFICS GOVERNING THE CLAIMANT'S RESPONSE.**

/e/  Kyle L Carlson
Kyle L Carlson, Chapter 13 Trustee
PO Box 519
Barnesville, MN  56514
(218)354-7356

CERTIFICATE OF SERVICE

      I, Brandi Anderson, employed by Kyle L Carlson, Chapter 13 Trustee, declare under penalty of perjury, that on June 25, 2013 I served a copy of this notice on the individual(s) named below, in the manner described.

Date:  6/25/2013                                            /e/ Brandi Anderson

**VIA CM/ECF:**

STEPHEN J. BEHM
ATTORNEY FOR DEBTORS

RECOVERY MANAGEMENT SYSTEMS CORP.

ECAST SETTLEMENT CORP.
C/O ALANE BECKET

US TRUSTEE

**VIA FIRST CLASS U.S. MAIL, POSTAGE PREPAID:**

JAMES S and TAMMY L COMNICK
16309 568TH AVE
GOOD THUNDER, MN 56037

EAST BAY FUNDING, LLC
C/O RESURGENT CAPITAL SERVICES
PO BOX 288
GREENVILLE, SC  29603

JEFFERSON CAPITAL SYSTEMS, LLC
PO BOX 7999
ST. CLOUD, MN  56302-9617

WELLS FARGO FINANCIAL
4137 121ST ST
URBANDALE, IA  50323